IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Turner, Ta'Nia | Case Number: 08 B 26095 |
|---|---|---|
|  | Turner, Walter | Judge: Wedoff, Eugene R |
|  | Printed: 01/22/09 | Filed: 9/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Home Loan Services | Secured | 0.00 | 0.00 |
| 2. | Home Loan Services | Secured | 32,204.70 | 0.00 |
| 3. | World Financial Network Nat'l | Unsecured | 151.27 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 300.55 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 853.63 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 351.04 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 318.78 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 672.98 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 47.89 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 213.95 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 1,569.00 | 0.00 |
| 12. | Illinois Dept Of Healthcare And Family | Priority |  | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 14. | Cook County Treasurer | Unsecured |  | No Claim Filed |
| 15. | Wellgroup Health Partners | Unsecured |  | No Claim Filed |
| 16. | Payday Loan | Unsecured |  | No Claim Filed |
|  |  |  | $ 36,683.79 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Turner, Ta'Nia | Case Number:  08 B 26095 |
| Turner, Walter | Judge:  Wedoff, Eugene R |
| Printed: 01/22/09 | Filed:  9/30/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

